IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KIWI INTELLECTUAL ASSETS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:25-cv-00811-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Katharine M. Burke of the law firm Baker Botts, LLP, 700 K Street N.W., Washington, DC 20001 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 25, 2025

Respectfully submitted,

/s/ *Katharine M. Burke*

Katharine M. Burke
New York Bar No. 2562155
katharine.burke@bakerbotts.com
**BAKER BOTTS L.L.P.**
700 K Street N.W.
Washington, DC 20001
(202) 739-7700

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of November, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated:  November 25, 2025

*/s/ Katharine M. Burke*