**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

KIWI INTELLECTUAL ASSETS CORPORATION,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,

Defendants.

Civil Action No.: 2:25-cv-00811-JRG

**ORDER**

Before the Court is Plaintiff KIWI Intellectual Assets Corporation and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "the Parties'") Joint Motion to Extend Stay of All Deadlines. (Dkt. No. 60.) The Court, noting its joint nature, is of the opinion the motion should be **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in this matter are hereby stayed for and additional thirty (30) days from the date of this order. The Parties should not expect an additional stay absent unforeseeable circumstances.

**So ORDERED and SIGNED this 14th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE